472 A.2d 269

Facchiano v. Miller, Appellant, v. Stoner Truck Sales.

Argued September 29, 1983. D. Ferito, for appellant; Leo P. Haj-

638

dukiewicz, for Facchiano, appellee; A.C. Stoner, appellee, in propria persona.

Before BROSKY, McEWEN and BECK, JJ.

Order affirmed.